**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE THOMPSON, a minor, by and through her guardian ad litem, Karen J. Barnes,<br><br>    Plaintiff,<br><br>  v.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT, KENNETH O'KEITH, GARY YEE, STACI ROSS-MORRISON, DOES 1–30,<br><br>    Defendants.<br>_____/ | No. C 15-01955 WHA<br><br>**ORDER DISMISSING DEFENDANT GARY YEE WITHOUT PREJUDICE** |

The parties have filed a stipulation seeking to dismiss defendant Gary Yee without prejudice and seeking leave for plaintiff to amend her pleadings accordingly. Good cause shown, the parties' request is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: September 15, 2015.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE