LOUIS A. LEONE (SBN 099874)
KATHLEEN DARMAGNAC (150843)
**LEONE & ALBERTS**
2175 N. California Blvd., Suite 900
Walnut Creek, CA 94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail: lleone@leonealberts.com
          kdarmagnac@leonealberts.com

Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
and STACI ROSS-MORRISON

MARK DAVIS (SBN 079936)
ERIC BENGTSON (SBN 275964)
**DAVIS & YOUNG**
1960 The Alameda, Suite 210
San Jose, CA 95126
Telephone: (408) 244-2166
Facsimile: (408) 244-7815
E-Mail: mdavis@davisyounglaw.com

Attorneys for Defendant
KENNETH O'KEITH

EDWIN J. WILSON, Jr., (SBN 048881)
MAUREEN FELDMAN, (SBN 298417)
**LAW OFFICES OF EDWIN J. WILSON, JR.**
2381 Mariner Square, Suite 280
Alameda, CA 94501
Telephone: (510) 836-4500
Fax: (510) 649-5170
E-Mail: ed@wilsonjrlaw.com

Attorneys for Plaintiff
DANIELLE THOMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE THOMPSON, a minor by and through her guardian ad litem KAREN J. BARNES,<br><br>          Plaintiffs,<br><br>vs.<br><br>OAKLAND UNIFIED SCHOOL DISTRICT KENNETH O'KEITH, GARY YEE, STACI ROSS-MORRISON, DOES 1-30,<br><br>          Defendants. | **Case No.: 3:15-cv-01955-WHA**<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION AS TO ALL DEFENDANTS** |

Plaintiff DANIELLE THOMPSON by and through said plaintiff's attorney of record, Edwin J. Wilson, Jr., and defendants OAKLAND UNIFIED SCHOOL DISTRICT and STACI ROSS-MORISSON, by and though their attorneys of record, LEONE & ALBERTS, and defendant KENNETH O'KEITH by and though his attorneys of record, DAVIS & YOUNG, do hereby stipulate as follows:

Plaintiff agrees to voluntarily dismiss the entire action and all defendants herein, with prejudice, in accordance with the terms of the settlement agreement reached in the proceedings before Magistrate Judge Maria-Elena James held on 5/11/2016.

IT IS HEREBY STIPULATED:

Dated: June 3, 2016  **LEONE & ALBERTS**

/s/Kathleen Darmagnac
KATHLEEN DARMAGNAC
Attorneys for Defendants
OAKLAND UNIFIED SCHOOL DISTRICT,
and STACI ROSS-MORRISON

Dated: June 3, 2016  **DAVIS & YOUNG**

/s/Mark Davis
MARK DAVIS
Attorneys for Defendant KENNETH O'KEITH

Dated: June 3, 2016  **LAW OFFICES OF EDWIN J. WILSON, JR.**

/s/Edwin J. Wilson
EDWIN J. WILSON
Attorneys for Plaintiff

**PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS SO ORDERED**

Dated: June 6, 2016.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT COURT JUDGE